STATE OF NEW JERSEY v. JUAN FIGUEROA, JR.

April 28, 1987.

Petition for certification denied.  (See 212 *N.J.Super.* 343)

HUEI SHENG TUNG AND JENNIE S. TUNG v. MIRNA REYES.

April 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. WARREN STANLEY.

April 28, 1987.

Petition for certification denied.